UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Ian B. Freeman, et al.  Plaintiffs | \* \* \* |
| v. | \*   Case No. 1:20-cv-00963-LM \* |
| City of Keene, et al.  Defendants | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS BY CITY OF KEENE

NOW COMES Defendant City of Keene ("City"), by its counsel, Gallagher, Callahan, & Gartrell P.C., and moves to dismiss all counts in Plaintiffs' Complaint dated September 18, 2020[1]:

1. Plaintiffs' Complaint includes five counts: 1) Count I—declaratory judgment; 2) Count II—federal and state constitutional violations of Plaintiffs' free exercise of region; 3) Count III—federal and state constitutional violations of Plaintiffs' freedom of speech; 4) Count IV—federal constitutional violations of Plaintiffs' procedural due process; 5) Count V— federal constitutional violations of Plaintiffs' right of assembly.

2. City is entitled to dismissal on all counts pursuant to *Fed. R. Civ. P.* 12(b)(6) as a matter of law for the reasons stated in its Memorandum of Law.

WHEREFORE, City requests the following affirmative relief:

---

[1] Plaintiffs' Complaint stated Plaintiffs were "filing contemporaneously with this Complaint a Motion for a Temporary Restraining Order and/or Preliminary Injunction." (Compl. [Doc. 1] at \*1 n. 1.) City has not been served with a Temporary Restraining Order and/or Preliminary Injunction, so neither document is addressed in this motion or supporting memorandum of law.

1

A. Grant this Motion to Dismiss;

B. Award attorneys' fees and costs pursuant to 42 U.S.C. § 1988[2];

C. Order such other relief as is just and proper.

Respectfully submitted,

CITY OF KEENE
By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL, P.C.

Dated:  January 22, 2021           By: /s/ Charles P. Bauer
                                   Charles P. Bauer, Esq. (NH Bar #208)
                                   Donald P. Reape, Esq. (NH Bar #272973)
                                   214 North Main St.
                                   Concord, NH 03302
                                   (603) 228-1181
                                   *bauer@gcglaw.com* / *reape@gcglaw.com*

## LOCAL RULE 7.1

I, Charles P. Bauer, hereby certify that I did not attempt to gain concurrence because this is a dispositive motion.

Dated:  January 22, 2021           By: /s/ Charles P. Bauer
                                   Charles P. Bauer, Esq. (NH Bar #208)

## CERTIFICATE OF SERVICE

I, Charles P. Bauer, hereby certify that I have this date forwarded a copy of the foregoing to all counsel of record through the court's electronic filing system (ECF).

Dated:  January 22, 2021           By: /s/ Charles P. Bauer
                                   Charles P. Bauer, Esq. (NH Bar #208)

---

[2] "Attorney's fees.  In any action or proceeding to enforce a provision of sections . . . 1980, and 1981 of the Revised Statutes [42 U.S.C. §§ 1981–1983, 1985, 1986], . . . *the court, in its discretion, may allow* the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs . . . ." 42 U.S.C. § 1988 (emphasis added).