```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Ian B. Freeman et al

    v.

                                        Case No. 20-cv-963-LM

Keene, NH, City of et al

## JUDGMENT

Judgment is hereby entered in accordance with the Order by Chief Judge Landya B. McCafferty dated August 10, 2021.

                                                      By the Court:

                                                      /s/ Daniel J. Lynch
                                                      Daniel J. Lynch
                                                      Clerk of Court

Date: August 12, 2021

cc:   Counsel of Record